# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 15−52819−cag

Chapter No.: 7

Judge: Craig A. Gargotta

IN RE: **Felix E. Elorriaga, Jr.** , Debtor(s)

### ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**8/22/16** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:    MAIL COPY OF PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT                         Jose C Rodriguez
615 E. HOUSTON STREET, ROOM 597    342 W Woodlawn, Suite 103
SAN ANTONIO, TX 78205                           San Antonio, TX 78212

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 5/23/16

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court
Western District of Texas

In re:  Case No. 15-52819-cag
Felix E. Elorriaga, Jr.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5     User: hernandez     Page 1 of 2     Date Rcvd: May 23, 2016
                     Form ID: 148       Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2016.

```
db         +Felix E. Elorriaga, Jr.,    2056 Dove Crossing,    New Braunfels, TX 78130-3360
16592280   +ADP,    1851 N. Resler Dr,    El Paso, TX 79912-8023
16592279    Ace Cash Express,    115 Hwy 35 S,    New Braunfels, TX 78130
16592283   +Attorney General of the US,    Department of Justice,    950 Pennsylvania Ave. NW,
             Washington, DC 20530-0009
16592284   +Baird, Crews, Schiller & Whitaker, PC,    15 N. Main St,    Temple, TX 76501-7629
16592285   +Barnett & Garcia,    3821 Juniper Trace, Ste 108,    Austin, TX 78738-5514
16592286   +Better Bilt Sheet Metal,    421 Sherman,    San Antonio, TX 78202-1148
16592287   +Blue Cross Blue Shield of TX,    PO Box 7344,    Chicago, IL 60680-7344
16592292    CMRE Financial Services,    3075 E Imperial Hwy, Ste 200,    Brea, CA 92821-6753
16592289  #+Cajun On Da Geaux, LLC,    Attn: Ken 'Bubba' Judice, Jr.,    PO Box 3120,
             Canyon Lake, TX 78133-0017
16592291   +Clinton Elmore,    2010 Northridge Dr,    Austin, TX 78723-2615
16592293   +Comal County Tax Office,    205 N. Seguin Ave,    New Braunfels, TX 78130-5005
16593833   +Comal County, Guadalupe County,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
16592294   +Conway's Dance Hall,    Attn: Rick Stewart/CJ Hooper,    262 W Jahn St,
             New Braunfels, TX 78130-7641
16592295   +Cummins Southern Plains,    6226 IH 35 S,    San Antonio, TX 78218-4401
16592296   +Deepak Devaraj,    4700 W Hanover,    Dallas, TX 75209-3212
16592297   +Dept of the Army,    9275 Gunston Rd,    Fort Belvoir, VA 22060-5546
16592298   +Desert City Catering,    Attn: Sherry Pena,    PO Box 671,    Lake Quinta, CA 92247-0671
16592299   +Elliot Electric Supply,    212 Lucinda Dr,    New Braunfels, TX 78130-2964
16592300   +FACTAC,    16398 N Evans Rd, Suite 9,    Selma, TX 78154-3805
16592301    Fastenal,    992 Hwy 46 S,    New Braunfels, TX 78130
16592302   +Felix Elorriaga Valdez Sr.,    9906 Abe Lincoln,    San Antonio, TX 78240-5521
16592303   +Fire Boss Inc dba Dragon Fire System,    128 W. Zipp Rd,    New Braunfels, TX 78130-9046
16592304   +Guadalupe Gas Co.,    3720 IH 35 South,    New Braunfels, TX 78132-5038
16592305   +Hoblit Darling Ralls Hernandez & Hudlow,    300 Convent St, Ste 1450,
             San Antonio, TX 78205-1318
16592306   +Houston Livestock Show & Rodeo,    PO Box 20070,    Houston, TX 77225-0070
16592307   +Ian Mendoza,    3317 Glastonbury Trl,    Pflugerville, TX 78660-3637
16592308   +Independent Insurance Center,    1739 Citadel Pl,    San Antonio, TX 78209-1001
16592310   +Iron Spirit Entities dba Rolling Thunder,    ATTN: Roger Chan,    18639 FM 1431,
             Jonestown, TX 78645-3412
16592311   +J & B Distribution,    334 Paisano St,    New Braunfels, TX 78130-3874
16592313    JP Morgan Chase,    PO Box 659754,    Dallas, TX 75265
16592312   +John D. Stenson,    4501 Sprindale Rd,    Austin, TX 78723-6031
16592314   +Keith Ragette/ The KR5 Group, LLc,    9350 Wind Dancer,    San Antonio, TX 78251-4968
16592315   +Ken Judice/Cajun On Da Geaux,    PO Box 3120,    Canyon Lake, TX 78133-0017
16592316   +Key Depot,    386 Landa St,    New Braunfels, TX 78130-5401
16592317  #+La Curandera Inc,    Attn: Alex Avila,    12803 West Ave, Apt 17104,    San Antonio, TX 78216-1871
16592318   +Law Office of Joseph R. Knight,    111 Congress Ave, Ste 2800,    Austin, TX 78701-4084
16592319   +Law Office of Pucin & Friedland PC,    1699 E Woodfield Rd, Ste 360A,
             Schaumburg, IL 60173-4935
16592320   +Maine's Own Organic Milk, L3C,    c/o William Eldridge,    PO Box 55,
             Salsbury Cove, ME 04672-0055
16592322   +Midland Credit Management, Inc.,    2365 Northside Dr, Ste. 300,    San Diego, CA 92108-2709
16592323   +Mike Schaub/Schwau Sausage Haus,    309 Buiness 35,    New Braunfels, TX 78130-4788
16592324   +Mission Restaurant Supply,    1126 S. St. Mary's,    San Antonio, TX 78210-1244
16592325   +Morrison Supply Company,    1941 N. IH 35,    New Braunfels, TX 78130-2507
16592327    NEIS, Inc,    908 Souther Meriden,    Cheshire, CT 06410
16592326   +Naifco Realty Co.,    605 N. Tulsa Ave,    Oklahoma City, OK 73107-6537
16592328   +New Braunfels Welders Supply,    1229 A Industrial Dr.,    New Braunfels, TX 78130-3609
16592330   +Office of the Criminal District Attorney,    Check Section,    300 Dolorosa, Ste 5175,
             San Antonio, TX 78205-3137
16592331   +Ozarka/Nestle Pure Life Direct,    PO Box 856680,    Louisville, KY 40285-6680
16592332   +P & W Fire & Safety,    Attn: David Ludwig,    8120 Woodcliff Blvd,    Selma, TX 78154-3337
16592337   +PTFAWG, LLC,    3712 Bronco Bend Loop,    Austin, TX 78744-1657
16592333   +Partnership with Native Americans,    500 E. Peyton St,    Sherman, TX 75090-0200
16592334   +Phillips & Reiter,    6600 LBJ Freeway, Ste 175,    Dallas, TX 75240-6531
16592335   +Pioneer Credit Recovery,    26 Edward St,    Arcade, NY 14009-1012
16592336   +Progressive,    PO Box 105428,    Atlanta, GA 30348-5428
16592338   +Resolute Health,    555 Creekside Crossing,    New Braunfels, TX 78130-2594
16592339   +Richard Rosas,    2810 Price St,    Victoria, TX 77901-9504
16592340   +Right Stainless & Alloys, LLC,    4105 Hunter Rd., Bldg#5,    San Marcos, TX 78666-9382
16592341   +Roger Chan,    Rolling Thunder Roadhouse,    5207 Backtrail Dr,    Austin, TX 78731-2668
16592342   +Ryan & Dawson,    770 S. Post Oak Ln, Ste 550,    Houston, TX 77056-6662
16592343   +Ryerson,    7701 Lindsey Rd,    Little Rock, AR 72206-3831
16592344   +Ryerson Steel,    7701 Lindsey Rd,    Little Rock, AR 72206-3831
16592345   +San Antonio Thermo King,    5807 Dietrich Rd,    San Antonio, TX 78219-3509
16592346   +Sarah Weitz,    c/o Law Office of Joseph R. Knight,    111 Congress Ave., Suite 2800,
             Ausitn, TX 78701-4084
16592348   +Scott Douglas & McConnico, LLP,    303 Colorado St, Ste 2400,    Austin, TX 78701-4654
16592349   +Security Service FCU,    PO Box 691510,    San Antonio, TX 78269-1510
```

```
District/off: 0542-5           User: hernandez               Page 2 of 2              Date Rcvd: May 23, 2016
                               Form ID: 148                  Total Noticed: 87

16592350      +Seidel Interest,    632 Hunters Way,    New Braunfels, TX 78132-4775
16592351      +So-Texas,    4893 FM-FM 1516 N,    Converse, TX 78109-3496
16762896       Success Foods Management Group, LLC,     c/o William T. Peckham,    Attorney at Law,
                1104 Nueces St., Suite 104,    Austin, TX 78701-2106
16592352      +Success Foods Management Group, LLC,     4501 Springdale Rd,    Austin, TX 78723-6031
16592354       Texas Med Clinic,    N IH 35,    New Braunfels, TX 78130
16592355      +The Cardenas Law Firm,    3660 Stoneridge Rd, Ste F-102,    Austin, TX 78746-7759
16592356      +Thunder Data System,    3736 Bee Cave Rd,    Austin, TX 78746-5393
16592357     #+Traffic Graphics,    11220 Disco Dr,    San Antonio, TX 78216-2860
16592359      +US Attorney's Office,    601 NW Loop 410, Ste 600,    San Antonio, TX 78216-5597
16592360      +US Dept of the Treasury,    1500 Pennsylvania Avenue, NW,    Washington, D.C 20220-0001
16592358      +United Transaction/Feruson,    Attn: Jan Ola,    1930 IH-35 E,    New Braunfels, TX 78130-2508
16592361      +VA Regional Office,    Office of District Counsel,    2515 Murworth Dr,    Houston, TX 77054-1603
16592362      +VIP Staffing,    16500 San Pedro, Ste 110,    San Antonio, TX 78232-3020
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16592281      +E-mail/Text: g17768@att.com May 23 2016 23:14:53      AT&T,    PO Box 105414,
                Atlanta, GA 30348-5414
16592282      +E-mail/Text: g17768@att.com May 23 2016 23:14:53      AT&T U-Verse,    PO Box 5014,
                Carol Stream, IL 60197-5014
16592290      +E-mail/Text: bankruptcynotices@cbecompanies.com May 23 2016 23:15:57        CBE Group,
                1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
16592288      +E-mail/Text: ky@caine-weiner.com May 23 2016 23:16:02       Caine & Weiner,
                9931 Corp Campus Dr, #2200,    Louisville, KY 40223-4043
16592309       E-mail/Text: cio.bncmail@irs.gov May 23 2016 23:15:03       Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
16592321      +E-mail/Text: KMORRISS@mvbalaw.com May 23 2016 23:15:39       McCreary Veselka Bragg & Allen PC,
                PO Box 1269,    Round Rock, TX 78680-1269
16592329      +E-mail/Text: cyndiwallin@metalwest.com May 23 2016 23:15:30       O'neal Flat Rolled Metals,
                3730 Forest Ln,    Garland, TX 75042-6927
16592347      +E-mail/Text: richard.wallace@solidcounsel.com May 23 2016 23:15:47        Scheef & Stone, LLP,
                500 N. Akard St, Ste 2700,    Dallas, TX 75201-3306
16592353       E-mail/Text: pacer@cpa.state.tx.us May 23 2016 23:16:01       Texas Comptroller,
                111 East 17th Street,    Austin, TX 78774
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2016                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2016 at the address(es) listed below:
          J. Todd Malaise02    on behalf of Debtor Felix E. Elorriaga, Jr. notices@malaiselawfirm.com,
           igotnoticessa@malaiselawfirm.com
          Jose C Rodriguez    jrodlaw@sbcglobal.net, lettyreyna@sbcglobal.net;jrodriguez@ecf.epiqsystems.com
          Lee Gordon    on behalf of Creditor   Comal County, Guadalupe County
           vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
          United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov
          William T. Peckham    on behalf of Plaintiff    Success Foods Management Group, LLC
           wpeckham@peckhamlawaustin.com, calexander@peckhamlawaustin.com
          William T. Peckham    on behalf of Creditor    Success Foods Management Group, LLC
           wpeckham@peckhamlawaustin.com, calexander@peckhamlawaustin.com
                                                                                             TOTAL: 6
```