

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 28, 2016.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-52819-CAG |
| | § | |
| FELIX E. ELORRIAGA JR. | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

**ORDER GRANTING
MOTION OF TRUSTEE TO COMPEL DEBTOR TO
TURNOVER NON-EXEMPT PORTION OF THE 2015 INCOME TAX REFUND**

On this day came on to be heard the Motion of Trustee to Compel Debtor to Turnover Non-Exempt Portion of the 2015 Income Tax Refund (the "Motion").

The Court finds that notice is proper. The Court, after reviewing the pleadings and hearing the arguments of counsel, is of the opinion that the Motion is meritorious and should be granted. It is, therefore,

ORDERED that Felix E. Elorriaga Jr. shall turnover the non-exempt portion of the 2015 income tax refund in the amount of $5,407.00 to the Chapter 7 Trustee within ten (10) days from the date of entry of this order.

###

Order submitted by:

Jose C. Rodriguez
Law Office of Jose C. Rodriguez
342 W. Woodlawn, Ste. 103
San Antonio, TX 78212
(210) 738-8881 Tel.
(210) 738-8882 Fax
jrodlaw@sbcglobal.net

_____
Order Granting Motion of Trustee                                          Page 2 of 2
to Compel Debtor to Turnover
Non-Exempt Portion of the 2015 Income Tax Refund